IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD K. ARCHER and<br>RUTH E. ARCHER<br><br>　　　Debtors.<br><br>KENT RIES, Chapter 7 Trustee,<br><br>　　　Plaintiff/Appellant,<br><br>v.<br><br>ESTELLE ARCHER, *et al.*,<br><br>　　　Defendants/Appellees. | 2:22-CV-198-Z |

## JUDGMENT

The Court has entered its order **ADOPTING** the Findings of Fact and Conclusions of Law of the United States Bankruptcy Judge (ECF No. 1-7) and **AFFIRMING** the Bankruptcy Court's order denying the Trustee's causes of action and requested forms of relief, including attorney's fees. Therefore, for the reasons set for in the Findings of Fact and Conclusions of law, it is **ORDERED** and **ADJUDGED** that Appellant's appeal is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

November 21, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE